# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2487
LT Case No. 16-2023-CF-11133-A

———————————————

KENDRICK LAMAR SMITH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Kendrick Lamar Smith, Lawtey, pro se.

James Uthmeier, Attorney General, and Kristie Regan,
Assistant Attorney General, Tallahassee, for Respondent.

October 10, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 2, 2025 judgment and sentence rendered in Case No. 16-2023-CF-11133-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., and LAMBERT and EDWARDS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____